BEFORE THE SECOND DIVISION, MAY 15, 1947

**No. 51708.**—Protest 8838–K of Oliviero E. Olivieri (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Stephen Rug Mills* v. *United States* (32 C. C. P. A. 110, C. A. D. 293), and by the court's decision on remand in Abstract 50056. In accordance therewith the claim of the plaintiff was sustained.